EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re: | |
|---|---|
| Aprobación de Cambio de Estatus Inactivo de junio de 2018 a febrero de 2019 | 2019 TSPR 119<br><br>202 DPR \_\_\_\_ |

Número del Caso:  EM-2019-04

Fecha: 24 de junio de 2019

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
junio 2018 a febrero                    EM-2019-4
de 2019

RESOLUCIÓN

En San Juan, Puerto Rico, a  24  de junio de 2019.

Durante los meses de junio de 2018 a febrero de 2019, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

### junio 2018

| | |
|---|---|
| Ivelisse Torres Ramírez | 9016 |
| Epifanio Dávila Rodríguez | 9953 |
| Iván E. Ortiz Monroig | 4971 |
| Petra Santa Aponte | 6789 |
| Dahlia A. Sellés Iglesias | 8422 |
| Baldomero Collazo Salazar | 1906 |
| Ramón O. Martínez Caballero | 6929 |
| Anamari Melecio Rivera | 12,997 |

### julio 2018

| | |
|---|---|
| Noelia Arzán Vázquez | 16,138 |
| Belinda Badillo Arteseros | 9235 |
| Bethzaida Cintrón Lorenzo | 12,007 |
| Vigmalia Medero Pérez | 14,087 |
| Janhec M. Pérez Pasarell | 15,854 |
| María M. Rodríguez Rivera | 5170 |
| Carmen D. Rodríguez Sosa | 9484 |
| Israel Arana Arana | 2137 |

Aprobación de Cambio de
Estatus Inactivo de
junio 2018 a febrero de 2019

2

| | |
|---|---|
| Carmen L. Arana | 7451 |
| Mayra E. Berríos Álvarez | 17,836 |
| Marjorie J. Batista Torres | 9218 |
| Elizabeth Díaz Calderón | 10,322 |
| Gabriel A. García Rosario | 2270 |
| Gladys González Colón | 6504 |
| Juan I. Pérez Juarbe | 3475 |
| Carlos A. Ramos Cámara | 8570 |
| Benjamín Rivalta López | 7001 |
| Máximo Ruiz Jiménez | 1979 |
| Tomás M. Torres Delgado | 7150 |
| Vanessa Torres Toro | 19,386 |
| José L. Velázquez Ruiz | 6743 |
| Laura M. Vélez Vélez | 13,035 |
| Jaime Augusto Alfaro Alonso | 18,044 |
| Lucía M. Currás Suárez | 11,281 |
| Giselle M. Feliciano Maymí | 11,606 |
| José L. Gierbolini Rosa | 4262 |
| Manuel Jiménez Rivera | 8675 |
| José E. Otero Matos | 2226 |
| Juan A. Pedrosa Rodríguez | 7018 |
| Magda T. Pierantoni González | 8376 |
| Rafael Rodríguez Parrilla | 12,865 |
| Ángel E. Rodríguez Quiñones | 9608 |
| Alexis R. Sánchez Pérez | 16,911 |
| Mary C. Valedón Privett | 10,280 |

**agosto 2018**

| | |
|---|---|
| Zinia I. Acevedo Sánchez | 8133 |
| Lydia E. Couvertier Martínez | 7607 |
| José R. Vargas Pabón | 5890 |
| Ivette Acosta Hernández | 4889 |
| Ramiro Rodríguez Santos | 6060 |
| Luis R. Torres Gilormini | 9487 |
| Noel J. Aymat Santana | 14,677 |
| Rafael Santiago Santiago | 8706 |
| Domingo Carrasquillo Díaz | 2396 |
| Rosa M. Cruz González | 18,559 |
| Krystal López Mártir | 20,899 |
| Julio C. Morillo Limardo | 7284 |
| Samuel J. Ramos Portalatín | 20,475 |

**septiembre 2018**

| | |
|---|---|
| José E. Broco Oliveras | 3151 |
| Norman Pietri Castellón | 2354 |
| Luis R. Rivera Martínez | 7858 |
| Víctor M. Rodríguez Ramos | 6805 |
| Jorge L. Arzuaga Otero | 8333 |

Aprobación de Cambio de
Estatus Inactivo de
junio 2018 a febrero de 2019

3

| | |
|---|---|
| Carmen R. Collado Ruiz | 6429 |
| Madelaine Riefkohl Gorbea | 6367 |
| Benjamín Soto Maldonado | 3566 |
| María D. Aguirre Vázquez | 8752 |
| José M. Birriel Barreto | 3261 |
| Michelle Cubano Guzmán | 12,987 |
| Harold Mestey Villamil | 11,282 |
| Nicolás José Pérez Martínez | 20,817 |
| Walewska M. Watkins | 16,974 |
| Teresita Alicea Rivera | 4096 |
| Charles O'neill Raymond | 2044 |

**octubre 2018**

| | |
|---|---|
| Héctor R. López García | 4776 |
| Ángel Colón Martínez | 6423 |
| José A. Lugo Irizarry | 4801 |
| Porfirio Reyes Álvarez | 4390 |
| Aixa G. Barzaga Torres | 5282 |
| Julio Enrique Pancorbo | 2759 |
| Emilio E. Piñero Ferrer | 4664 |
| Manuel S. Santiago Álvarez | 1629 |
| Omar Cancio Martínez | 6840 |
| Gilberto Gierbolini Rodríguez | 4956 |
| Robert A. Sackett Elder | 2505 |
| Feliciano J. González Arbona | 1345 |
| Luis E. Mojica Iglesias | 8087 |
| Marialicia Rivera Iglesia | 6798 |
| Francis Omar Rodríguez Cardona | 17,259 |
| Manuel Rodríguez Orellana | 5053 |
| Edward Bayouth Babilonia | 3012 |
| Vilmarie Cordero Montalvo | 15,644 |
| Oscar Sánchez Lamboy | 9169 |

**noviembre 2018**

| | |
|---|---|
| Luisa V. Marcial Vega | 14,515 |
| David R. Martínez De Andino Carrión | 14,288 |
| Marta Ramírez De Vera | 2231 |
| Armando D. Silva Gil | 7347 |
| María D. Casablanca Baldrich | 12,372 |
| Pedro Reyes Bibiloni | 7826 |
| Zedided Ortiz Martínez | 16,112 |
| Ana T. Ramírez Padilla | 6607 |
| Carlos D. Rivas Quiñones | 13,234 |
| Luis A. Ruiz Malavé | 6382 |
| Balbino A. Colón Martínez | 1531 |
| Georgiana S. Colón Ortiz | 9926 |
| Mayra Del Carmen Doble Ruiz | 9544 |
| Ana L. Sánchez Del Valle | 6191 |

Aprobación de Cambio de
Estatus Inactivo de
junio 2018 a febrero de 2019

4

| | |
|---|---|
| Gabriel García Angelí | 11081 |
| | |
| Glenda M. Murphy Lugo | 14,740 |
| Osvaldo Rivera Cianchini | 2977 |
| Eileen Marie Torres Freire | 8878 |
| Luis R. Colón Martínez | 1600 |

### diciembre 2018

| | |
|---|---|
| Ramón L. Alvarado Rivera | 7206 |
| Faranette Billoch De Jesús | 15,978 |
| Juan C. Consuegra Barquín | 10,899 |
| América Lameiro Rivera | 2163 |
| Francisco L. Lloret Rodríguez | 11,377 |
| Natalia Martin Orta | 8457 |
| Roberto E. Nazario López | 12,286 |
| Juan J. Rodríguez Gilibertys | 14,420 |
| Antonio Vega Carattini | 5946 |
| María I. Cartagena Colón | 6452 |
| Luis R. Cintrón Berríos | 5250 |
| Mercedes Colom De Cardona | 2374 |
| Ivonne Hernández Rivero | 12,021 |
| Omar Colón Rivera | 15,853 |
| Sonia M. Del Valle Rivera | 2393 |
| Víctor J. Rodón Elizalde | 2046 |
| Lillian Janira Tarafa González | 19,387 |
| Luis A. Vivaldi Cuprill | 3967 |
| Osvaldo Berríos Colón | 3844 |
| Héctor De Jesús González | 2841 |
| Raúl M. Martínez Cancañón | 16,443 |
| Guillermo S. Oliver Prefasi | 7183 |
| Rafael Rivera González | 8421 |
| Raúl Rosario Esquilín | 7592 |
| Annette Santaliz Pérez | 12,323 |
| Ahmed A. Arroyo Pérez | 3521 |
| Delia M. Auffant De Lugo | 2474 |
| Pedro Cabrera Santamaria | 10,476 |
| María D. Castillero Lizán | 11,337 |
| Zandra Cordero Rodríguez | 8351 |
| Irene Curbelo De Mellado | 1771 |
| Ysa De Jesús Ruiz | 11,216 |
| Alice Declet Ayala | 5477 |
| Luz H. Delgado Martínez | 14,117 |
| Guillermo García García | 3130 |
| Manuel Maldonado Soler | 4521 |
| Víctor Pagán Piñeiro | 7175 |
| Margarita Pumarada Surillo | 2294 |
| Víctor E. Ramos Acevedo | 2732 |
| Norbert Rivera Morales | 4014 |
| Ralph J. Sierra Meléndez | 4632 |
| Lourdes Vallejo Ayala | 17,168 |
| Pedro J. Durand Hernández | 4327 |

Aprobación de Cambio de
Estatus Inactivo de
junio 2018 a febrero de 2019

5

### enero 2019

| | |
|---|---|
| Néstor Barbosa Vargas | 1842 |
| Luis E. Cruz Santos | 4748 |
| Raúl Escobar Torres | 5289 |
| Lymaris Gómez Pimentel | 13,247 |
| Ángel L. Guzmán Santiago | 2706 |
| Modesto López Aponte | 5656 |
| Silvia Martínez De Bazán | 2425 |
| Milagros Mejías Pérez | 3650 |
| Ángel M. Rivera Valentín | 2178 |
| David G. Vélez | 2513 |
| Ernesto R. Blanes Martínez | 16,180 |
| Moisés García Viera | 2617 |
| Carmen P. Jiménez De Frontera | 1937 |
| Yoana L. López De Jesús | 16,248 |
| Héctor L. Nieves Maldonado | 5875 |
| Belia A. Ocasio Román | 6343 |
| Francisco Agrait Oliveras | 1632 |
| Yanisse Paola Cuadrado Ruiz | 19,220 |
| Luis J. González Nieves | 7142 |
| Adeline I. Landrón Delgado | 4105 |
| Abel Antonio Botello Rodríguez | 17,277 |
| José S. Ortiz Sugrañes | 10,929 |
| Mady Pacheco García De La Noceda | 6326 |
| Miguel A. Raldiris Aguayo | 5506 |
| Fausto Ramos Quirós | 1542 |
| Miguel A. Rivera García | 5883 |
| Jorge L. Ginorio Martínez | 17,148 |
| María A. Mercado Betancourt | 11,853 |
| Ángel Enrique Pérez Maldonado | 17,147 |
| Víctor M. Rivera Rosado | 13,548 |

### febrero 2019

| | |
|---|---|
| Luis Villanueva Nieves | 14,927 |
| Mónica Marie Carretero Rodríguez | 14,106 |
| Javier B. Fernández Pagán | 15,728 |
| Magaly Méndez Valentín | 15,027 |
| Diene Hernández Cruz | 11,827 |
| Adolfo R. Fortier Díaz | 10,736 |
| William Fred Santiago | 1659 |
| Suzette Dávila González | 3895 |
| Amarilys Marrero Peraza | 11,414 |
| José G. Rolón Rivera | 2573 |
| Ángel L. Saavedra De Jesús | 9580 |

Aprobación de Cambio de
Estatus Inactivo de
junio 2018 a febrero de 2019

6

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo